Submitted on remand from the Oregon Supreme Court March 19, reversed and remanded May 7, 2008

Anezka DRAZIL,
*Plaintiff-Appellant,*

*v.*

FARMERS INSURANCE COMPANY OF OREGON,
*Defendant-Respondent.*

Multnomah County Circuit Court
050100745; A130403

184 P3d 1164

Dean Heiling and Heiling Dwyer & Associates for appellant.

R. Daniel Lindahl and Bullivant Houser Bailey, PC for respondent.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Sercombe, Judge.

PER CURIAM

Reversed and remanded. *Grisby v. Progressive Preferred Ins. Co.*, 343 Or 175, 166 P3d 519, *adh'd to as modified on recons*, 343 Or 394, 171 P3d 352 (2007).